IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| MELISSA BRUNO,<br><br>      PLAINTIFF,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and BAPTIST MEMORIAL HEALTH CARE CORPORATION,<br><br>      DEFENDANT. | Case No. 3:21-cv-00109-BRW |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

Plaintiff Melissa Bruno ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on July 13, 2021, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

1

**Dated: July 13, 2021**

By: */s/ Brandon W. Lacy*
        (with permission)

Brandon W. Lacy
brandon@lacylawfirm.com
LACY LAW FIRM
630 S. Main Street
Jonesboro, AR 72403
Telephone: (870) 277-1144

*Counsel for Plaintiff*

**Dated: July 13, 2021**

By: */s/ William B. Putman*

William B. Putman, AR Bar No. 91198
bill.putman@putmanlawoffice.com
PUTMAN LAW OFFICE
310 West Dickson Street, Suite 220
Fayetteville, AR 72701
Telephone: (479) 287-1288

*Counsel for Defendant Prudential*

## CERTIFICATE OF SERVICE

I, William B. Putman, do hereby certify that on this 13th day of July, 2021, I filed the above Joint Notice of Settlement and Request for Stay with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ William B. Putman*
William B. Putman, AR Bar No. 91198
bill.putman@putmanlawoffice.com
PUTMAN LAW OFFICE
310 West Dickson Street, Suite 220
Fayetteville, AR 72701
Telephone: (479) 287-1288

*Counsel for Defendant Prudential*